UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **AB&T MIDWEST,** | Civil No. 05-0433 (MJD/JGL) |
| **Plaintiff,** | |
| v. | **O R D E R** |
| **AIPTEK INTERNATIONAL, INC., AIPTEK, INC. (U.S.A.), and AIPTEK PRECISION MANUFACTURING, INC.** | |
| **Defendants.** | |

APPEARANCES

Galen Watje and Steven Moore, Esqs., appeared for Plaintiff

Eric Jackson and Malcolm MacGregor, Esqs., appeared for Defendants

Based upon the Report and Recommendation by Chief United States Magistrate Judge Jonathan Lebedoff dated May 9, 2005; all the files, records, and proceedings herein; and no objections having been filed to that Report and Recommendation,

**IT IS HEREBY ORDERED**

1) the Motion to Dismiss for Lack of Jurisdiction by Aiptek Precision Manufacturing Inc. and Aiptek International Inc. (Doc. No. 2) is **GRANTED**;

2) the Motion to Dismiss for Lack of Personal Jurisdiction and Insufficient Service by Aiptek Precision Manufacturing Inc. and Aiptek International Inc. (Doc. No. 3) is **GRANTED**;

3) the Motion to Dismiss for Lack of Jurisdiction, or in the Alternative, Motion to Transfer by Defendant Aiptek, Inc. (Doc. No. 6) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: June 2, 2005

                                              s/ Michael J. Davis
                                              MICHAEL J. DAVIS
                                              United States District Court