UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| AB&T MIDWEST, a joint venture made up of Computer Reps, Inc., a Minnesota Corporation and AB&T SALES CORP., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>AIPTEK INTERNATIONAL, INC., AIPTEK, INC. (U.S.A.) a California Corporation and AIPTEK PRECISION MANUFACTURING, INC.,<br><br>Defendants. | Case No.:  05-CV-00433 (MJD/AJB)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

## ORDER

Pursuant to the Stipulation of Dismissal With Prejudice of the parties, the Court hereby dismisses this action with prejudice, in its entirety, against all Defendants, including Aiptek, Inc., Aiptek Precision Manufacturing, Inc. and Aiptek International, Inc., with each party to bear their respective costs and attorneys' fees.

Dated: March 16, 2006

**BY THE COURT**

s / Michael J. Davis
Judge of the United States District Court

1